FILED
3/2/17 4:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 15-21195 GLT |
| Robert T. Huber ) | |
| Jean E. Huber ) | |
| Debtor (s) ) | |
| ) | Chapter 13 |
| Scott R. Lowden, Esquire ) | |
| Applicant ) | |
| v. ) | Doc. No. 120 |
| No Respondent ) | |
| Respondent ) | |

### ORDER OF COURT

AND NOW, this __2nd__ day of __March__, 2017, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $11,813.10, of which $11,600.00 are attorney fees and $213.10 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00. This award covers the period from 7/9/2015 to 12/20/2016.

Therefore, the Application in its face amount of $4,774.82 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $4,774.82 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation in the amount of $4,725.00 and expenses in the amount of $49.82.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

Prepared by: __Scott Lowden, Esq.__

**DEFAULT ENTRY**

Dated: March 02, 2017

cm: Scott Lowden, Esq.

Gregory Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert Theodore Huber  
Jean Elizabeth Huber  
      Debtors

Case No. 15-21195-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Mar 03, 2017  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.  
db/jdb        +Robert Theodore Huber,    Jean Elizabeth Huber,    21 Huber Road,    Bentleyville, PA 15314-1608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:
         Britt Alan Freund     on behalf of Defendant    Rice Drilling B, LLC bfreund@bowlesrice.com  
         David A. Rice     on behalf of Debtor Robert Theodore Huber ricelaw1@verizon.net,  
           lowdenscott@gmail.com  
         David A. Rice     on behalf of Joint Debtor Jean Elizabeth Huber ricelaw1@verizon.net,  
           lowdenscott@gmail.com  
         James Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-OA21) bkgroup@kmllawgroup.com  
         Jennifer B. Hagedorn     on behalf of Defendant    Rice Drilling B, LLC jhagedorn@bowlesrice.com,  
           lcrown@bowlesrice.com  
         Jeremy J. Kobeski     on behalf of Creditor    Bank of New York Mellon, F/K/A The Bank of New York, et. al. pawb@fedphe.com  
         Matthew Christian Waldt     on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage Pass Through Certificates Series 2006-OA21 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         Scott R. Lowden     on behalf of Debtor Robert Theodore Huber niclowlgl@comcast.net  
         Scott R. Lowden     on behalf of Plaintiff Jean Elizabeth Huber niclowlgl@comcast.net  
         Scott R. Lowden     on behalf of Plaintiff Robert Theodore Huber niclowlgl@comcast.net  
         Scott R. Lowden     on behalf of Joint Debtor Jean Elizabeth Huber niclowlgl@comcast.net  
                                                                                           TOTAL: 13