Form 237

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert Theodore Huber** | : | Case No. 15−21195−GLT |
| **Jean Elizabeth Huber** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Bank of New York Mellon, f/k/a The Bank of | : | |
| New York, As Trustee, on Behalf of The Holders | : | Related to Claim No. 10 |
| of The Alternative Loan Truste 2006−OA21, | : | |
| Mortgage Pass Through Certificates Series | : | |
| 2006−OA21 | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Robert Theodore Huber and | : | |
| Jean Elizabeth Huber | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |

## ORDER

      **AND NOW**, this **13th day of March, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Bank of New York Mellon, f/k/a The Bank of New York, As Trustee, on Behalf of The Holders of The Alternative Loan Truste 2006−OA21, Mortgage Pass Through Certificates Series 2006−OA21* at Claim No. 10 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert Theodore Huber
Jean Elizabeth Huber
       Debtors

Case No. 15-21195-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Mar 13, 2017
Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2017.
db/jdb       +Robert Theodore Huber,   Jean Elizabeth Huber,   21 Huber Road,   Bentleyville, PA 15314-1608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2017 at the address(es) listed below:
       Britt Alan Freund    on behalf of Defendant    Rice Drilling B, LLC bfreund@bowlesrice.com
       David A. Rice    on behalf of Debtor Robert Theodore Huber ricelaw1@verizon.net, lowdenscott@gmail.com
       David A. Rice    on behalf of Joint Debtor Jean Elizabeth Huber ricelaw1@verizon.net, lowdenscott@gmail.com
       James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-OA21) bkgroup@kmllawgroup.com
       Jennifer B. Hagedorn    on behalf of Defendant    Rice Drilling B, LLC jhagedorn@bowlesrice.com, lcrown@bowlesrice.com
       Jeremy J. Kobeski    on behalf of Creditor    Bank of New York Mellon, F/K/A The Bank of New York, et. al. pawb@fedphe.com
       Jerome B. Blank    on behalf of Creditor    Bank of New York Mellon, F/K/A The Bank of New York, et. al. pawb@fedphe.com
       Matthew Christian Waldt    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage Pass Through Certificates Series 2006-OA21 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       Scott R. Lowden    on behalf of Debtor Robert Theodore Huber niclowlgl@comcast.net
       Scott R. Lowden    on behalf of Plaintiff Jean Elizabeth Huber niclowlgl@comcast.net
       Scott R. Lowden    on behalf of Plaintiff Robert Theodore Huber niclowlgl@comcast.net
       Scott R. Lowden    on behalf of Joint Debtor Jean Elizabeth Huber niclowlgl@comcast.net
           TOTAL: 14