IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Robert Huber,
Jean Huber,

        Debtors

Robert Huber,
Jean Huber,

        Movants

Bankruptcy No. 15-21195-GLT

Chapter 13

Related to Document No.

No Respondent

        Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Order of Court dated March 30, 2017, the Notice of Proposed Modification to Confirmed Plan and the Amended Chapter 13 Plan by prepaid first class US mail on April 4, 2017 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA 15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA 15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)

/s/: David A Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA 15301
PA ID# 50329
Ricelaw1@verizon.net
(724) 225-7270

```
Label Matrix for local noticing          Bayview Loan Servicing LLC               PRA Receivables Management, LLC
0315-2                                   4425 Ponce de Leon Blvd. 5th Floor       P.O. Box 41067
Case 15-21195-GLT                        Coral Gables, FL 33146-1837              Norfolk, VA 23541-1067
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Apr  4 08:58:20 EDT 2017

Specialized Loan Servicing LLC           2                                        Bank of New York Mellon
14841 Dallas Parkway Suite 300           U.S. Bankruptcy Court                    c/o Select Portfolio Servicing, Inc.
Dallas, TX 75254-7883                    5414 U.S. Steel Tower                    P.O. Box 65250
                                         600 Grant Street                         Salt Lake City, UT 84165-0250
                                         Pittsburgh, PA 15219-2703

Bayview Loan Servicing, LLC              Capital One                              Cavalry SPV I, LLC
4425 Ponce De Leon Blvd. 5th Floor       Attn: Bankruptcy                         500 Summit Lake Drive, Ste 400
Coral Gables, Florida 33146-1837         Po Box 30285                             Valhalla, NY 10595-1340
                                         Salt Lake City, UT 84130-0285

Comenitycapital/hlthip                   Countywide Home Loans                    (c)FNB CONSUMER DISCOUNT
Po Box 182120                            P.O. Box 660694                          4313 WALNUT ST STE 144
Columbus, OH 43218-2120                  Dallas, TX 75266-0694                    MCKEESPORT PA  15132-6129

GECRB/Care Credit                        GECRB/Lowes                              GECRB/Walmart
Attn: bankruptcy                         Attention: Bankruptcy Department         Attn: Bankruptcy
Po Box 103104                            Po Box 103104                            Po Box 103104
Roswell, GA 30076-9104                   Roswell, GA 30076-9104                   Roswell, GA 30076-9104

Internal Revenue Service                 Michael McKeever / Bank of New York      Office of the United States Trustee
P.O. Box 7346                            701 Market Street                        Liberty Center.
Philadelphia, PA 19101-7346              Suite 5000                               1001 Liberty Avenue, Suite 970
                                         Philadelphia, PA 19106-1541              Pittsburgh, PA 15222-3721

(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Preferred Credit Inc                     Quantum3 Group LLC as agent for
PO BOX 41067                             Po Box 1970                              Comenity Capital Bank
NORFOLK VA 23541-1067                    St Cloud, MN 56302-1970                  PO Box 788
                                                                                  Kirkland, WA  98083-0788

Sams Club / GEMB                         Select Portfolio Servicing               Springleaf
Attention: Bankruptcy Department         P.O. Box 65250                           Po Box 9068
Po Box 103104                            Salt Lake City, UT 84165-0250            Brandon, FL 33509-9068
Roswell, GA 30076-9104

(p)SPRINGLEAF FINANCIAL SERVICES         The Bank of New York Mellon Trustee (See B10   (p)US BANK
P O BOX 3251                             c/o Specialized Loan Servicing LLC       PO BOX 5229
EVANSVILLE IN 47731-3251                 8742 Lucent Blvd, Suite 300              CINCINNATI OH 45201-5229
                                         Highlands Ranch, Colorado 80129-2386

Us Bank / Moose Lodge                    David A. Rice                            James A. Traficante
Po Box 108                               Rice & Associates Law Firm               1121 Boyce Road, Ste. 700
St Louis, MO 63166-0108                  15 West Beau Street                      Pittsburgh, PA 15241-3937
                                         Washington, PA 15301-6805
```

Jean Elizabeth Huber
21 Huber Road
Bentleyville, PA 15314-1608

Robert Theodore Huber
21 Huber Road
Bentleyville, PA 15314-1608

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Scott R. Lowden
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146-2437

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Springleaf Financial Services
198 West Chestnut Street
Washington, PA 15301

(d)Springleaf Financial Services
PO Box 3251
Evansville, IN 47731

Us Bank
Po Box 108
St Louis, MO 63166

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

FNB Consumer Discount
4313 Walnut Street, Unit 29
McKeesport, PA 15132

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of New York Mellon, F/K/A The Bank of

(du)Bank of New York Mellon, f/k/a The Bank o

(u)THE BANK OF NEW YORK MELLON FKA THE BANK O

(u)The Bank of New York Mellon etal

End of Label Matrix
Mailable recipients    33
Bypassed recipients     4
Total                  37