## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| ROBERT THEODORE HUBER | Case No. 15-21195GLT |
| JEAN ELIZABETH HUBER | |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | |
| vs. | Document No __ |
| BANK OF NEW YORK MELLON - TRUSTEE | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 9434.

Regular mortgage payments are currently being directed to the following creditor at the following address:

> BANK OF NEW YORK MELLON - TRUSTEE
> C/O BAYVIEW LOAN SERVICING LLC
> 4425 PONCE DE LEON BLVD 5TH FL
> CORAL GABLES,FL 33146

Movant has been requested to send payments to:
> BANK OF AMERICA NA
> PO BOX 31785
> TAMPA, FL 33631-3785

The Chapter 13 Trustee's CID Records of BANK OF NEW YORK MELLON - TRUSTEE have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 11/26/2019.

cc:  Debtor
Original creditor
Putative creditor
Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
ROBERT THEODORE HUBER, JEAN ELIZABETH HUBER, 21 HUBER ROAD, BENTLEYVILLE, PA  15314

DEBTOR'S COUNSEL:
SCOTT R LOWDEN ESQ**, NICOTERO & LOWDEN PC, 3948 MONROEVILLE BLVD STE 2, MONROEVILLE, PA  15146

ORIGINAL CREDITOR'S COUNSEL:
SHAPIRO & DENARDO LLC*, 3600 HORIZON DR STE 150, KING OF PRUSSIA, PA  19406

ORIGINAL CREDITOR:
BANK OF NEW YORK MELLON - TRUSTEE, C/O BAYVIEW LOAN SERVICING LLC, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL  33146

NEW CREDITOR:
BANK OF AMERICA NA
PO BOX 31785
TAMPA, FL 33631-3785