**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jean Elizabeth Huber                                         CHAPTER 13
       Robert Theodore Huber

                                                                  BKY. NO. 15-21195 GLT

                          Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA21 and index same on the master mailing list.

                                             Respectfully submitted,

                                             **/s/James C. Warmbrodt, Esquire**
                                             James C. Warmbrodt, Esquire
                                             Attorney I.D. No. 42524
                                             KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106
                                             412-430-3594
                                             jwarmbrodt@kmllawgroup.com