**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-21195-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert Theodore Huber<br>21 Huber Road<br>Bentleyville PA 15314 | Jean Elizabeth Huber<br>21 Huber Road<br>Bentleyville PA 15314 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/23/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146 | THE BANK OF NEW YORK MELLON, at el<br>C/O Bank of America N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/25/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21195-GLT
Robert Theodore Huber                                                     Chapter 13
Jean Elizabeth Huber
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: nsha            Page 1 of 1          Date Rcvd: Dec 23, 2019
                            Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14341509       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 24 2019 08:27:52
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              Britt Alan Freund    on behalf of Defendant   Rice Drilling B, LLC bfreund@bowlesrice.com
              David A. Rice    on behalf of Debtor Robert Theodore Huber ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Jean Elizabeth Huber ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-OA21) bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage Pass
               Through Certificates Series 2006-OA21 bkgroup@kmllawgroup.com
              Jennifer B. Hagedorn    on behalf of Defendant   Rice Drilling B, LLC jhagedorn@bowlesrice.com,
               lcrown@bowlesrice.com
              Jeremy J. Kobeski    on behalf of Creditor    Bank of New York Mellon, F/K/A The Bank of New York,
               et. al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Bank of New York Mellon, F/K/A The Bank of New York,
               et. al. pawb@fedphe.com
              Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC et al pabk@logs.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Bayview Loan Servicing, LLC et al
               lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Christian Waldt    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage
               Pass Through Certificates Series 2006-OA21 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Plaintiff Jean Elizabeth Huber niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Robert Theodore Huber niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Robert Theodore Huber niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Jean Elizabeth Huber niclowlgl@comcast.net
              Thomas Song    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
                                                                                               TOTAL: 19