Certificate Number: 05781-PAW-DE-034163253

Bankruptcy Case Number: 15-21195



05781-PAW-DE-034163253

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 1, 2020</u>, at <u>4:39</u> o'clock <u>PM PST</u>, <u>Robert Huber</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>March 1, 2020</u>            By:    <u>/s/Allison M Geving</u>

                                                                Name:  <u>Allison M Geving</u>

                                                                Title:    <u>President</u>