IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Robert Huber, | : | Bankruptcy No. 15-21195-GLT |
| | Jean Huber, | : | |
| | Debtor(s) | : | |
| | Robert Huber, | : | Chapter 13 |
| | Jean Huber, | : | |
| | Movant(s) | : | |
| | v. | : | |
| | | : | |
| | No Respondents | : | |
| | Respondent(s) | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.  The Debtors have made all payments required by the Chapter 13 Plan.

2.  Include whichever one of the two following statements applies:
    [The Debtors are not required to pay any Domestic Support Obligations]

3.  The Debtors are entitled to a discharge under the terms of Section 1328 of the
    Bankruptcy Code.  The Debtors have not received a prior discharge in a
    bankruptcy case within the time frames specified in Section 1328(f)(1) of the
    Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the
    Debtors ineligible for a discharge.

4.  On 03/02/2020, at docket numbers 161 and 162, Debtors complied with Federal
    Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of
    Postpetition Instructional Course in Personal Financial Management*, with the
    *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by (*include whichever
    one of the two following statements applies):* [Undersigned Counsel duly
    questioned Debtor(s) about the statements in this Certification and verified the
    answers in support of this Certification.]

| | | |
|---|---|---|
| Dated:  April 30, 2020 | By: | /s/ David A Rice |
| | | Signature |
| | | David A Rice |
| | | Name of Filer – Typed |
| | | PA ID 50329 |
| | | Rice & Associates Law Firm |
| | | 15 West Beau Street |
| | | Washington, PA 15301 |
| | | (724) 225-7270 |
| | | ricelaw1@verizon.net |