Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Robert Theodore Huber** | Case No. 15−21195−GLT |
| **Jean Elizabeth Huber** | Chapter: 13 |
| *Debtor(s)* | |
| | |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | |
| | Related to Document No. 169 |
| v. | |
| **No Respondents** | Hearing Date: 7/29/20 at 11:00 AM |
| *Respondent(s).* | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 27th of May, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 169 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1) *On or before July 13, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2) This Motion is scheduled for hearing on *July 29, 2020 at 11:00 AM* in Telephone Conference, Please consult procedures, Judge Taddonio's webpage, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 15-21195-GLT
Robert Theodore Huber                                             Chapter 13
Jean Elizabeth Huber
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: May 27, 2020
                              Form ID: 604            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
```
db/jdb         +Robert Theodore Huber,   Jean Elizabeth Huber,    21 Huber Road,   Bentleyville, PA 15314-1608
cr             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr             +Bayview Loan Servicing, LLC et al,    4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
sp             +James A. Traficante,    1121 Boyce Road, Ste. 700,    Pittsburgh, PA 15241-3937
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,   Dallas, TX 75254-7883
14024216        Countywide Home Loans,    P.O. Box 660694,    Dallas, TX 75266-0694
14024217      ++++FNB CONSUMER DISCOUNT,    4313 WALNUT ST STE 144,    MCKEESPORT PA 15132-6129
                 (address filed with court:   FNB Consumer Discount,    4313 Walnut Street, Unit 29,
                 McKeesport, PA 15132)
15225203        Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14024222       +Michael McKeever / Bank of New York,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14024223       +Preferred Credit Inc,    Po Box 1970,   St Cloud, MN 56302-1970
15174864        THE BANK OF NEW YORK MELLON, at el,    C/O Bank of America N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
14085194       +The Bank of New York Mellon Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14024228      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   Us Bank,   Po Box 108,    St Louis, MO 63166)
14024229       +Us Bank / Moose Lodge,    Po Box 108,   St Louis, MO 63166-0108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 28 2020 04:33:41
                 Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
                 PRA Receivables Management, LLC,    P.O. Box 41067,   Norfolk, VA 23541-1067
14086462        E-mail/Text: jennifer.chacon@spservicing.com May 28 2020 04:34:09      Bank of New York Mellon,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
14341509       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 28 2020 04:33:41
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1873
14024213       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2020 04:35:16      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
14075914       +E-mail/Text: bankruptcy@cavps.com May 28 2020 04:33:34      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14024215       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2020 04:32:34      Comenitycapital/hlthip,
                 Po Box 182120,   Columbus, OH 43218-2120
14024218       +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:35:03      GECRB/Care Credit,
                 Attn: bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
14024219       +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:35:52      GECRB/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
14024220       +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:35:51      GECRB/Walmart,   Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
14024221       +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 28 2020 04:32:25      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
14191408        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
14084073        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14057319        E-mail/Text: bnc-quantum@quantum3group.com May 28 2020 04:32:46
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
14024227        E-mail/PDF: cbp@onemainfinancial.com May 28 2020 04:36:46      Springleaf Financial Services,
                 198 West Chestnut Street,   Washington, PA 15301
14030391        E-mail/PDF: cbp@onemainfinancial.com May 28 2020 04:35:04      Springleaf Financial Services,
                 PO Box 3251,   Evansville, IN 47731
14024224       +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:35:51      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
14024225       +E-mail/Text: jennifer.chacon@spservicing.com May 28 2020 04:34:09
                 Select Portfolio Servicing,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
14024226       +E-mail/PDF: cbp@onemainfinancial.com May 28 2020 04:36:46      Springleaf,   Po Box 9068,
                 Brandon, FL 33509-9068
                                                                                              TOTAL: 19
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of New York Mellon, F/K/A The Bank of New Yor
cr              Bank of New York Mellon, f/k/a The Bank of New Yor
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr              The Bank of New York Mellon etal
```

```
District/off: 0315-2          User: jhel                Page 2 of 2              Date Rcvd: May 27, 2020
                              Form ID: 604              Total Noticed: 33

cr*             Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
14024214*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
                                                                              TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
              Britt Alan Freund    on behalf of Defendant    Rice Drilling B, LLC bfreund@bowlesrice.com
              David A. Rice    on behalf of Debtor Robert Theodore Huber ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Jean Elizabeth Huber ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James Warmbrodt    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage Pass
               Through Certificates Series 2006-OA21 bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-OA21) bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jennifer B. Hagedorn    on behalf of Defendant    Rice Drilling B, LLC jhagedorn@bowlesrice.com,
               lcrown@bowlesrice.com
              Jeremy J. Kobeski    on behalf of Creditor    Bank of New York Mellon, F/K/A The Bank of New York,
               et. al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Bank of New York Mellon, F/K/A The Bank of New York,
               et. al. pawb@fedphe.com
              Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC et al pabk@logs.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Bayview Loan Servicing, LLC et al pabk@logs.com
              Matthew Christian Waldt    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage
               Pass Through Certificates Series 2006-OA21 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Joint Debtor Jean Elizabeth Huber niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Jean Elizabeth Huber niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Robert Theodore Huber niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Robert Theodore Huber niclowlgl@comcast.net
              Thomas Song    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
                                                                                             TOTAL: 19
```