**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT THEODORE HUBER
JEAN ELIZABETH HUBER
       Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
       Movant
    vs.
No Respondents.

Case No.:15-21195

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 26, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/07/2015 and confirmed on 5/6/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 123,268.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 123,268.50 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 17,033.78 | |
|    Trustee Fee | 5,099.10 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 22,132.88 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 5073 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 5073 | 4,746.17 | 4,746.17 | 0.00 | 4,746.17 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 5073 | 0.00 | 49,989.20 | 0.00 | 49,989.20 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 5073 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FNB CONSUMER DISCOUNT CO<br>    Acct: 3612 | 5,085.49 | 5,085.49 | 0.00 | 5,085.49 |
| | | | | 59,820.86 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ROBERT THEODORE HUBER<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   NICOTERO & LOWDEN PC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SCOTT R LOWDEN ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RICE AND ASSOCIATES<br>    Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   SCOTT R LOWDEN ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RICE AND ASSOCIATES<br>    Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   SCOTT R LOWDEN ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RICE AND ASSOCIATES<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXX5-16 | 3,038.28 | 3,038.28 | 0.00 | 0.00 |
|   SCOTT R LOWDEN ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RICE AND ASSOCIATES<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXX0-16 | 4,774.82 | 4,774.82 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RICE AND ASSOCIATES | 3,245.08 | 3,245.08 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-19 | | | | |
| | NICOTERO & LOWDEN PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-19 | | | | |
| | RICE AND ASSOCIATES | 1,975.60 | 1,975.60 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2-20 | | | | |
| | INTERNAL REVENUE SERVICE* | 4,401.00 | 4,401.00 | 0.00 | 4,401.00 |
| | Acct: 3612 | | | | |
| | | | | | 4,401.00 |
| Unsecured | | | | | |
| | BANK OF NEW YORK MELLON - TRUSTEE | 39,321.11 | 24,133.72 | 0.00 | 24,133.72 |
| | Acct: 3289 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9670 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4652 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 2,145.91 | 1,317.07 | 0.00 | 1,317.07 |
| | Acct: 0365 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - | 1,344.50 | 825.20 | 0.00 | 825.20 |
| | Acct: 3238 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - | 786.43 | 482.68 | 0.00 | 482.68 |
| | Acct: 5330 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - | 283.15 | 173.79 | 0.00 | 173.79 |
| | Acct: 5082 | | | | |
| | PREFERRED CREDIT INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0190 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - | 1,413.45 | 867.52 | 0.00 | 867.52 |
| | Acct: 8078 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - | 8,502.48 | 5,218.48 | 0.00 | 5,218.48 |
| | Acct: 1660 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - | 2,029.15 | 1,245.41 | 0.00 | 1,245.41 |
| | Acct: 5591 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - | 3,513.58 | 2,156.49 | 0.00 | 2,156.49 |
| | Acct: 7420 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 803.89 | 493.40 | 0.00 | 493.40 |
| | Acct: 9020 | | | | |
| | MATTHEW C WALDT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JENNIFER HAGEDORN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BECKET & LEE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 36,913.76 |

TOTAL PAID TO CREDITORS                                                                    101,135.62

```
TOTAL
CLAIMED          4,401.00
PRIORITY         9,831.66
SECURED         60,143.65
```

Date: 05/26/2020                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ROBERT THEODORE HUBER
    JEAN ELIZABETH HUBER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-21195

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-21195-GLT
Robert Theodore Huber                                           Chapter 13
Jean Elizabeth Huber
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel              Page 1 of 2           Date Rcvd: May 27, 2020
                              Form ID: pdf900         Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
```
db/jdb       +Robert Theodore Huber,    Jean Elizabeth Huber,    21 Huber Road,    Bentleyville, PA 15314-1608
cr           +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr           +Bayview Loan Servicing, LLC et al,    4425 Ponce de Leon Boulevard,    5th Floor,
               Coral Gables, FL 33146-1837
sp           +James A. Traficante,    1121 Boyce Road, Ste. 700,    Pittsburgh, PA 15241-3937
cr           +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
14024216      Countywide Home Loans,    P.O. Box 660694,    Dallas, TX 75266-0694
14024217     ++++FNB CONSUMER DISCOUNT,    4313 WALNUT ST STE 144,    MCKEESPORT PA 15132-6129
             (address filed with court:  FNB Consumer Discount,    4313 Walnut Street, Unit 29,
               McKeesport, PA 15132)
15225203      Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14024222     +Michael McKeever / Bank of New York,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
14024223     +Preferred Credit Inc,    Po Box 1970,    St Cloud, MN 56302-1970
15174864      THE BANK OF NEW YORK MELLON, at el,    C/O Bank of America N.A.,    P.O. Box 31785,
               Tampa, FL 33631-3785
14085194     +The Bank of New York Mellon Trustee (See B10),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14024228    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank,    Po Box 108,    St Louis, MO 63166)
14024229     +Us Bank / Moose Lodge,    Po Box 108,    St Louis, MO 63166-0108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 28 2020 04:33:41
               Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd. 5th Floor,
               Coral Gables, FL 33146-1873
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
               PRA Receivables Management, LLC,    P.O. Box 41067,    Norfolk, VA 23541-1067
14086462      E-mail/Text: jennifer.chacon@spservicing.com May 28 2020 04:34:09     Bank of New York Mellon,
               c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14341509     +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 28 2020 04:33:41
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146-1873
14024213     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2020 04:37:06     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14075914     +E-mail/Text: bankruptcy@cavps.com May 28 2020 04:33:36     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14024215     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2020 04:32:40     Comenitycapital/hlthip,
               Po Box 182120,    Columbus, OH 43218-2120
14024218     +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:36:58     GECRB/Care Credit,
               Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
14024219     +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:35:10     GECRB/Lowes,
               Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
14024220     +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:36:01     GECRB/Walmart,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
14024221     +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 28 2020 04:32:27     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
14191408      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14084073      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14057319      E-mail/Text: bnc-quantum@quantum3group.com May 28 2020 04:32:50
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA  98083-0788
14024227      E-mail/PDF: cbp@onemainfinancial.com May 28 2020 04:36:55     Springleaf Financial Services,
               198 West Chestnut Street,    Washington, PA 15301
14030391      E-mail/PDF: cbp@onemainfinancial.com May 28 2020 04:35:04     Springleaf Financial Services,
               PO Box 3251,    Evansville, IN 47731
14024224     +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:36:00     Sams Club / GEMB,
               Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
14024225     +E-mail/Text: jennifer.chacon@spservicing.com May 28 2020 04:34:09     Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14024226     +E-mail/PDF: cbp@onemainfinancial.com May 28 2020 04:35:56     Springleaf,    Po Box 9068,
               Brandon, FL 33509-9068
                                                                                              TOTAL: 19
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             Bank of New York Mellon, F/K/A The Bank of New Yor
cr             Bank of New York Mellon, f/k/a The Bank of New Yor
cr             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr             The Bank of New York Mellon etal
```

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: May 27, 2020
                              Form ID: pdf900         Total Noticed: 33

cr*           Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA   19355-0701
14024214*    +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
                                                                            TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              Britt Alan Freund    on behalf of Defendant    Rice Drilling B, LLC bfreund@bowlesrice.com
              David A. Rice    on behalf of Debtor Robert Theodore Huber ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Jean Elizabeth Huber ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James Warmbrodt    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage Pass
               Through Certificates Series 2006-OA21 bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-OA21) bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jennifer B. Hagedorn    on behalf of Defendant    Rice Drilling B, LLC jhagedorn@bowlesrice.com,
               lcrown@bowlesrice.com
              Jeremy J. Kobeski    on behalf of Creditor    Bank of New York Mellon, F/K/A The Bank of New York,
               et. al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Bank of New York Mellon, F/K/A The Bank of New York,
               et. al. pawb@fedphe.com
              Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC et al pabk@logs.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Bayview Loan Servicing, LLC et al pabk@logs.com
              Matthew Christian Waldt    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage
               Pass Through Certificates Series 2006-OA21 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Joint Debtor Jean Elizabeth Huber niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Jean Elizabeth Huber niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Robert Theodore Huber niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Robert Theodore Huber niclowlgl@comcast.net
              Thomas Song    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
                                                                                             TOTAL: 19
```