2100 B (12/15)

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 15-21195-GLT
### Chapter 13

In re: Debtor(s) (including Name and Address)

Robert Theodore Huber
21 Huber Road
Bentleyville PA 15314

Jean Elizabeth Huber
21 Huber Road
Bentleyville PA 15314

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/26/2020.

Name and Address of Alleged Transferor(s):

Claim No. 9: The Bank of New York Mellon Trustee (See B10), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/28/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21195-GLT
Robert Theodore Huber                                                     Chapter 13
Jean Elizabeth Huber
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha          Page 1 of 1          Date Rcvd: Jun 26, 2020
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
14085194          +The Bank of New York Mellon Trustee (See B10),   c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
          Britt Alan Freund    on behalf of Defendant    Rice Drilling B, LLC bfreund@bowlesrice.com
          David A. Rice    on behalf of Debtor Robert Theodore Huber ricelawl@verizon.net,
           lowdenscott@gmail.com
          David A. Rice    on behalf of Joint Debtor Jean Elizabeth Huber ricelawl@verizon.net,
           lowdenscott@gmail.com
          James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-OA21) bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
           as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage Pass
           Through Certificates Series 2006-OA21 bkgroup@kmllawgroup.com
          Jennifer B. Hagedorn    on behalf of Defendant    Rice Drilling B, LLC jhagedorn@bowlesrice.com,
           lcrown@bowlesrice.com
          Jeremy J. Kobeski    on behalf of Creditor    Bank of New York Mellon, F/K/A The Bank of New York,
           et. al. pawb@fedphe.com
          Jerome B. Blank    on behalf of Creditor    Bank of New York Mellon, F/K/A The Bank of New York,
           et. al. pawb@fedphe.com
          Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC et al pabk@logs.com
          Leslie J. Rase, Esq.    on behalf of Creditor    Bayview Loan Servicing, LLC et al pabk@logs.com
          Matthew Christian Waldt    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage
           Pass Through Certificates Series 2006-OA21 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Plaintiff Jean Elizabeth Huber niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Plaintiff Robert Theodore Huber niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Debtor Robert Theodore Huber niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Joint Debtor Jean Elizabeth Huber niclowlgl@comcast.net
          Thomas Song    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
                                                                              TOTAL: 19