**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/20/20 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ROBERT THEODORE HUBER
JEAN ELIZABETH HUBER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:15-21195

Chapter 13

Related to Dkt. No. 169

ORDER OF COURT

AND NOW, this 20th day of July 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO  jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-21195-GLT
Robert Theodore Huber                                                   Chapter 13
Jean Elizabeth Huber
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha             Page 1 of 2           Date Rcvd: Jul 20, 2020
                              Form ID: pdf900        Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2020.
db/jdb       +Robert Theodore Huber,   Jean Elizabeth Huber,   21 Huber Road,   Bentleyville, PA 15314-1608
cr           +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr           +Bayview Loan Servicing, LLC et al,   4425 Ponce de Leon Boulevard,   5th Floor,
               Coral Gables, FL 33146-1837
sp           +James A. Traficante,   1121 Boyce Road, Ste. 700,   Pittsburgh, PA 15241-3937
cr           +Specialized Loan Servicing LLC,   14841 Dallas Parkway Suite 300,   Dallas, TX 75254-7883
cr           +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
14024216     +Countywide Home Loans,   P.O. Box 660694,   Dallas, TX 75266-0694
14024217    ++++FNB CONSUMER DISCOUNT,   4313 WALNUT ST STE 144,   MCKEESPORT PA 15132-6129
              (address filed with court: FNB Consumer Discount,   4313 Walnut Street, Unit 29,
               McKeesport, PA 15132)
15225203      Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14024222     +Michael McKeever / Bank of New York,   701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
14024223    ++PREFERRED CREDIT INC,   628 ROOSEVELT ROAD SUITE #100,   SAINT CLOUD MN 56301-4867
              (address filed with court: Preferred Credit Inc,   Po Box 1970,   St Cloud, MN 56302)
15259568     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
15174864      THE BANK OF NEW YORK MELLON, at el,   C/O Bank of America N.A.,   P.O. Box 31785,
               Tampa, FL 33631-3785
14085194     +The Bank of New York Mellon Trustee (See B10),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
14024228    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,   Po Box 108,   St Louis, MO 63166)
14024229     +Us Bank / Moose Lodge,   Po Box 108,   St Louis, MO 63166-0108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 21 2020 05:12:46
               Bayview Loan Servicing LLC,   4425 Ponce de Leon Blvd. 5th Floor,
               Coral Gables, FL 33146-1873
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2020 05:15:37
               PRA Receivables Management, LLC,   P.O. Box 41067,   Norfolk, VA 23541-1067
14086462       E-mail/Text: jennifer.chacon@spservicing.com Jul 21 2020 05:13:11     Bank of New York Mellon,
               c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
14341509      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 21 2020 05:12:46
               Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146-1873
14024213      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 21 2020 05:15:33     Capital One,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14075914      +E-mail/Text: bankruptcy@cavps.com Jul 21 2020 05:12:40     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14024215      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 21 2020 05:11:49     Comenitycapital/hlthip,
               Po Box 182120,   Columbus, OH 43218-2120
14024218      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:28     GECRB/Care Credit,
               Attn: bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
14024219      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:00     GECRB/Lowes,
               Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
14024220      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:14:34     GECRB/Walmart,   Attn: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
14024221      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 21 2020 05:11:41     Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
14191408       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2020 05:15:37
               Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
14084073       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2020 05:14:44
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14024223       E-mail/Text: banko@preferredcredit.com Jul 21 2020 05:11:32     Preferred Credit Inc,
               Po Box 1970,   St Cloud, MN 56302
14057319       E-mail/Text: bnc-quantum@quantum3group.com Jul 21 2020 05:11:58
               Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
               Kirkland, WA 98083-0788
14024227       E-mail/PDF: cbp@onemainfinancial.com Jul 21 2020 05:15:25     Springleaf Financial Services,
               198 West Chestnut Street,   Washington, PA 15301
14030391       E-mail/PDF: cbp@onemainfinancial.com Jul 21 2020 05:14:58     Springleaf Financial Services,
               PO Box 3251,   Evansville, IN 47731
14024224      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:27     Sams Club / GEMB,
               Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
14024225      +E-mail/Text: jennifer.chacon@spservicing.com Jul 21 2020 05:13:11
               Select Portfolio Servicing,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
14024226      +E-mail/PDF: cbp@onemainfinancial.com Jul 21 2020 05:14:33     Springleaf,   Po Box 9068,
               Brandon, FL 33509-9068
                                                                                             TOTAL: 20

```
District/off: 0315-2              User: nsha               Page 2 of 2                  Date Rcvd: Jul 20, 2020
                                  Form ID: pdf900         Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of New York Mellon, F/K/A The Bank of New Yor
cr              Bank of New York Mellon, f/k/a The Bank of New Yor
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr*             The Bank of New York Mellon etal
cr*             Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA  19355-0701
14024214*       +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
                                                                                          TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
              Britt Alan Freund    on behalf of Defendant    Rice Drilling B, LLC bfreund@bowlesrice.com
              David A. Rice    on behalf of Debtor Robert Theodore Huber ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Jean Elizabeth Huber ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James    Warmbrodt     on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage Pass
               Through Certificates Series 2006-OA21 bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-OA21) bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jennifer B. Hagedorn    on behalf of Defendant    Rice Drilling B, LLC jhagedorn@bowlesrice.com,
               lcrown@bowlesrice.com
              Jeremy J. Kobeski    on behalf of Creditor    Bank of New York Mellon, F/K/A The Bank of New York,
               et. al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Bank of New York Mellon, F/K/A The Bank of New York,
               et. al. pawb@fedphe.com
              Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC et al pabk@logs.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Bayview Loan Servicing, LLC et al pabk@logs.com
              Matthew Christian Waldt    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage
               Pass Through Certificates Series 2006-OA21 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Joint Debtor Jean Elizabeth Huber niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Jean Elizabeth Huber niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Robert Theodore Huber niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Robert Theodore Huber niclowlgl@comcast.net
              Thomas    Song    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
                                                                                              TOTAL: 19
```